756 A.2d 670

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ricky Lynn McCALL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

Andrea I. Konow, Pittsburgh, for petitioner.

430

## ORDER

PER CURIAM:

**AND NOW,** this 11th day of August, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Was. Petitioner rendered ineffective assistance of appellate counsel by virtue of counsel's failure to brief and argue Petitioner's subsequent acquittal of a prior crime used against him as evidence of motive and intent in the present case?